**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6437**

─────────────

DARREL R. FISHER,

        Petitioner - Appellant,

    v.

UNKNOWN,

        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:23-cv-00470-MHL-MRC)

─────────────

Submitted:  May 15, 2026                              Decided:  May 27, 2026

─────────────

Before GREGORY, THACKER, and BERNER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Darrel R. Fisher, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel R. Fisher, an individual civilly committed in a federal institution, appeals the district court's order dismissing his action without prejudice for failure to comply with the court's prior order directing him to submit his claims on an appropriate form the court had provided.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Fisher v. Unknown*, No. 3:23-cv-00470-MHL-MRC (E.D. Va. Apr. 3, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order is final and appealable.  *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order) (holding that order dismissing complaint without prejudice is final and appealable if district court does not grant leave to amend).